In the Matter of GEORGE ANSON, on Behalf of Himself and All Other Residents and Property Owners in the Incorporated Village of Island Park, Nassau County, Similarly Situated, Appellant, against JOHN McGANN et al., Constituting the Board of Trustees of the Village of Island Park, Nassau County, et al., Appellants, and ALBERT STEINER et al., Respondents.—

In our opinion such determination by the village board of trustees is a duty specifically enjoined upon them by section 53 of the Village Law which they have failed to perform. (See *Matter of Frame,* 69 Misc. 568.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. Settle order on notice.